UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                          1:20 _ mj _ 1054

Arshdeep Singh
_____,
                    Defendant.

_____

## ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on March 30, 2020, this Court finds:

☑ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

☑ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐ Other:

IT IS SO ORDERED.

Date: June 6, 2020                    /s/ Jeremiah J. McCarthy
                                       _____
                                       Jeremiah J. McCarthy
                                       United States Magistrate Judge