UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

ARSHDEEP SINGH,

                  Defendant.

_____

**20-MJ-1054-JJM**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated June 9, 2020. |
| **RELIEF REQUESTED:** | A one-week adjournment of the detention hearing. |
| **DATED:** | Buffalo, New York, June 9, 2020. |

Respectfully submitted,

**/s/ Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant Arshdeep Singh*

**TO:**    Michael J. Adler
         Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                              **20-MJ-1054-JJM**

      v.

                                              **AFFIRMATION**

ARSHDEEP SINGH,

           Defendant.

_____

        **JEFFREY T. BAGLEY,** affirms under penalty of perjury that:


1.       I represent Arshdeep Singh.

2.       Mr. Singh had an initial appearance on a complaint on June 6, 2020.

3.       A detention hearing was set for today, June 9, 2020 at 1:00 pm.

4.       This morning I received a call from a private attorney, who may be retained on this matter.

5.       In order to allow Mr. Singh to explore his options regarding his representation, and in the interest of continuity of counsel, I request an adjournment of one-week for the detention hearing.

6.       If matters regarding representation are settled before then, and if Mr. Singh is prepared to present a complete bail package before then, I request that he retain the ability to request an earlier date for the hearing.

**WHEREFORE**, it is respectfully requested that the Court grant this motion for a one-week adjournment of the detention hearing date.

      **DATED**:             Buffalo, New York, June 9, 2020.

                               Respectfully submitted,

                               **/s/ Jeffrey T. Bagley**
                               Jeffrey T. Bagley
                               Assistant Federal Public Defender
                               Federal Public Defender's Office
                               300 Pearl Street, Suite 200
                               Buffalo, New York 14202
                               (716) 551-3341, (716) 551-3346 (Fax)
                               jeffrey_bagley@fd.org
                               *Counsel for Defendant Arshdeep Singh*

**TO:**    Michael J. Adler
          Assistant United States Attorney