*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF NEW YORK*

_____

*UNITED STATES OF AMERICA*

*vs.*                                                            *NOTICE OF APPEARANCE*

                                                              *20-mj-1054*


*ARSHDEEP SINGH*

     *Defendant*

_____

     **PLEASE TAKE NOTICE** *that pursuant to the Rules of Criminal Procedure for the United States District Court for the Western District of New York, the undersigned attorney hereby appears on behalf of the above named defendant and hereby demands that a copy of all notices and other papers be served upon me at my office located at 534 Delaware Avenue, Buffalo, New York 14202.*


s/ Dominic Saraceno, Esq.
_____
Dominic Saraceno, Esq.
534 Delaware Avenue
Buffalo, New York 14202
716-812-6356