# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

JANUARY 2020 GRAND JURY
(Impaneled 01/03/2020)

**THE UNITED STATES OF AMERICA**

*-vs-*

**ARSHDEEP SINGH**

**INDICTMENT**

**Violations:**
Title 21, United States Code,
Sections 841(a)(1) and 952(a); and
Title 18, United States Code,
Section 545
(3 Counts)

## COUNT 1

### (Importation of 100 Kilograms or More of Marijuana)

### The Grand Jury Charges That:

On or about June 5, 2020, in the Western District of New York, the defendant, **ARSHDEEP SINGH**, did knowingly, intentionally, and unlawfully import into the United States from a place outside thereof, that is, Canada, 100 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(2).**

## COUNT 2

**(Possession With Intent to Distribute
100 Kilograms or More of Marijuana)**

**The Grand Jury Further Charges That:**

On or about June 5, 2020, in the Western District of New York, the defendant, **ARSHDEEP SINGH**, did knowingly, intentionally, and unlawfully possess with intent to distribute 100 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).**

## COUNT 3

**(Smuggling Merchandise into the United States)**

**The Grand Jury Further Charges That:**

On or about June 5, 2020, in the Western District of New York, the defendant, **ARSHDEEP SINGH**, did fraudulently and knowingly import and bring into the United States certain merchandise, that is, a quantity of a marijuana, a Schedule I controlled substance, contrary to law, that is, the requirements of Title 19, United States Code, Section 1461, and the regulations promulgated thereunder, to declare and unload merchandise imported and brought into the United States.

**All in violation of Title 18, United States Code, Section 545.**

DATED:  Buffalo, New York, June 30, 2020.

                          JAMES P. KENNEDY, JR.
                          United States Attorney

BY:    S/MICHAEL J. ADLER
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5857
       Michael.Adler@usdoj.gov

A TRUE BILL:

S/FOREPERSON