UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                                   **SCHEDULING ORDER**

                                                            20-CR-00092(JLS)(JJM)

v.

ARSHDEEP SINGH,
                              Defendant.

_____

          On July 2, 2020 defendant was arraigned pursuant to Fed. R. Crim P. ("Rule") 10,

and entered a plea of not guilty pursuant to Rule 11(a)(1). The following schedule was set

immediately following the arraignment.

(1)     All voluntary discovery shall be completed by **July 23, 2020**.

(2)     All pretrial motions, both dispositive and non-dispositive,
including all supporting papers and memoranda of law in support
thereof, shall be filed by **August 24, 2020**. Any motion to
suppress statements or physical evidence must initially be accompanied by
an appropriate affidavit (or declaration) from an individual with personal
knowledge, failing which the court will normally recommend that the
motion be denied without an evidentiary hearing. *See* United States v.
Marshall, 2012 WL 5511645, *2 (W.D.N.Y.), adopted 2012 WL 5948782
(W.D.N.Y. 2012); United States v. Longo, 70 F.Supp.2d 225, 248
(W.D.N.Y. 1999). **ALL MOTIONS SEEKING SEVERANCE ARE
TO BE SEPARATELY FILED WITH THE HONORABLE JOHN L.
SINATRA, JR.**

(3)     All responses to pretrial motions, including all supporting papers and
memoranda of law in support thereof, filed in accordance with the
preceding paragraph shall be filed **September 8, 2020**.

(4)     Replies, if any, shall be filed by **September 15, 2020**.

(5)     **Oral argument on any pretrial motions shall be heard on September
23, 2020 at 2:00 p.m.** If necessary, an evidentiary hearing will be
scheduled for a later date.

(6) **IF NO MOTIONS ARE FILED BY ANY DEFENDANT BY AUGUST 24, 2020, THE GOVERNMENT SHALL IMMEDIATELY EMAIL JUDGE SINATRA'S CHAMBERS** (sinatra@nywd.uscourts.gov), **COPYING DEFENSE COUNSEL, TO SCHEDULE A STATUS CONFERENCE TO SET A TRIAL DATE.**

As of August 24, 2020, no time will have elapsed from the Speedy Trial Act Calendar. For the reasons stated on the record, I find that the government's and the public's interest in a speedy trial is outweighed by the defendant's interest in having effective assistance of counsel by allowing sufficient time to review discovery and frame appropriate motions. Therefore, the time period from July 2, 2020 until August 24, 2020 is excluded under 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

If pretrial motions are filed on or before August 24, 2020, the period of time from the filing of said motions through September 23, 2020 will be excluded pursuant to 18 U.S.C. §3161(h)(1)(D).

No extension of the above deadlines will be granted except upon written application, filed prior to the deadline, showing cause for the extension. Such application shall indicate whether the opposing party consents to the requested extension and address any further exclusion of time from the Speedy Trial Act calendar. Any motion identified in Rule 12(b)(3) that is not filed by the deadline set for filing pretrial motions will be denied as untimely, unless accompanied by a showing of "good cause". *See* Rule 12(c)(3).

**SO ORDERED.**

Dated: July 2, 2020

/s/Jeremiah J. McCarthy
JEREMIAH J. MCCARTHY
United States Magistrate Judge