IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

20-CR-92-JLS

ARSHDEEP SINGH,

Defendant.



UNITED STATES DISTRICT COURT
FILED
JAN 3 1 2022
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of New York hereby dismisses without prejudice Indictment 20-CR-92

DATED: Buffalo, New York, January 31, 2022.

TRINI E. ROSS
United States Attorney

BY: _____

MICHAEL J. ADLER
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5857
Michael.Adler@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

DATED:     Buffalo, New York
           January 31, 2022.

_____
HONORABLE JOHN L. SINATRA, JR.
United States District Judge